IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:93-CR-144-BO-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| STEVE HICKMAN. | ) | |

This matter is before the Court on Defendant's letter to the Court, dated June 26, 2012. In the letter, Mr. Hickman inquires about his motion for relief pursuant to 18 U.S.C. § 3582(c)(2) and references his medical care received through the Bureau of Prisons, beginning on April 2, 2009. Mr. Hickman's 3582(c) petition has been forwarded to the Office of the Public Defender for the Eastern District of North Carolina and is currently under review.

Mr. Hickman's letter does not indicate where he received his medical care, does not include an *in forma pauperis* application, does not name defendants, and does not demonstrate that he has exhausted his administrative remedies. Therefore the Court does not construe Mr. Hickman's letter as seeking to file a suit pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). Out of an abundance of caution, however, the Clerk is DIRECTED to forward *Bivens* paperwork to Mr. Hickman, to be filed in the jurisdiction in which he received medical care, in the event that Mr. Hickman seeks such relief.

SO ORDERED, this the __ day of July, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE